**7**

Homer LEWIS v. STATE. (No. 11059.) Court of Criminal Appeals of Texas. June 15, 1927. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Lee Perkinson, of Dallas, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles,

Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for theft of property of more than $50 in value, the punishment being two years in the penitentiary. The record is before us without a statement of facts proven on the trial. Three bills of exception are in the record none of which can be appraised without knowing the facts. The judgment is affirmed.